**Order entered July 30 , 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN, Appellant

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 19, 2018, we notified Joie Rivera, Official Court Reporter for the 255th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days.

By order dated May 24, 2018, we again notified Ms. Rivera the reporter's record was overdue and ordered her to file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification appellant had not requested the reporter's record within fifteen days. To date, Ms. Rivera has not filed the reporter's record, filed the requested verifications, nor otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Joie Rivera, to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the

reporter's record and has been found not entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has been found not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Rivera that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Rivera comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Kim Cooks
Presiding Judge
255th Judicial District Court

Honorable Carmen Rivera-Worley
Visiting Judge
P.O. Box 511
Denton, TX 76202

Joie Rivera
Official Court Reporter
255th Judicial District Court

All parties

/s/     ADA BROWN
        JUSTICE